**Order filed, February 20, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-18-00015-CV

### TITLE RESOURCES GUARANTY COMPANY AS SUBROGEE OF SLS PROPERTIES, Appellant

### V.

### THE LIGHTHOUSE CHURCH & MINISTRIES, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case 2015-25934**

## ORDER

The reporter's record in this case was due February 15, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM